# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **2:17CR00203-1** |
| **CYNTHIA ANNE FRAZIER** | Defendant's Attorney: Linda C. Allison, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] pleaded guilty to counts __2, 3, and 4__ of the Information.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 40 U.S.C. § 121 and 41 C.F.R. § 102-74.385 | Failure to Comply with Official Signs and Lawful Directions **(CLASS C MISDEMEANOR)** | 8/14/2017 | 2 |
| 40 U.S.C. § 121 and 41 C.F.R. § 102-74.390(a) | Creating Loud and Unusual Noise and Nuisance **(CLASS C MISDEMEANOR)** | 8/14/2017 | 3 |
| 40 U.S.C. § 121 and 41 C.F.R. § 102-74.390(c) | Impedes and Disrupts the Performance of Official Duties by Government Employees **(CLASS C MISDEMEANOR)** | 8/14/2017 | 4 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Count __1__ is dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.        [✓] Appeal rights waived.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

12/20/2017
Date of Imposition of Judgment

*/s/ Kendall J. Newman*

Signature of Judicial Officer
**Kendall J. Newman**, United States Magistrate Judge
Name & Title of Judicial Officer
12/20/2017
Date

## PROBATION

The defendant is hereby sentenced to court probation for a term of :
<u>24 months</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant shall pay a special assessment of $15 to be paid immediately. Payments shall be made payable to the Clerk, U.S.D.C.
2. The defendant shall provide the U.S. Attorney's Office with separate hand-written letters of apology addressed to the following individuals: Mr. Andrew Ponomar, Social Security Administration ("SSA") Card Center employee; Mr. Ben Swanson, SSA Card Center employee; Ms. Wanda Torres, SSA Card Center District Manager.
3. The defendant shall report to the U.S. Marshal for processing.
4. The defendant shall not commit another federal, state, or local crime.
5. The defendant shall refrain from any unlawful use of a controlled substance.
6. The defendant shall notify the U.S. Attorney's Office within 72 hours of being arrested.
7. The defendant shall notify the U.S. Attorney's Office 10 days prior to any change in residence.
8. The Defendant shall complete 100 hours of community service at a program to be approved in advance in writing by the U.S. Attorney's Office.
9. Prior to commencing said community service, the defendant shall provide the U.S. Attorney's Office with information to include the following contact information: the defendant's proposed supervisor's name, the program's address, the defendant's proposed supervisor's telephone number, and the defendant's proposed supervisor email address.
10. The defendant shall provide proof of the completion of at least 40 hours of community service to the U.S. Attorney's Office within 90 days from the day of sentencing, with said proof being in the form of a document signed by the defendant's supervisor.
11. The defendant shall submit proof to the U.S. Attorney's Office of the completion of the remaining 60 hours of community service by submitting status updates, in the form of a document signed by the defendant's supervisor, to the U.S. Attorney's Office every 90 days until the defendant has submitted documentation signed by the defendant's community service supervisor indicating that the defendant has completed all 100 hours of community service.
12. Court probation shall terminate upon successful completion of the conditions set forth in subsections 1. though 11.
13. Not withstanding subsection 12. of this section, the defendant shall remain on court probation for a minimum one-year (12-month) term.
14. The Defendant's probation shall be unsupervised by the probation office.